## ERIC ALVAREZ *v.* COMMISSIONER OF CORRECTION
### (AC 29476)

Beach, Robinson and Schaller, Js.

Argued October 27—officially released November 17, 2009

Per Curiam. The appeal is dismissed.

## MARK L. WILLIAMS *v.* COMMISSIONER OF CORRECTION
### (AC 29579)

Gruendel, Alvord and Borden, Js.

Argued October 29—officially released November 17, 2009

Per Curiam. The appeal is dismissed.

## IN RE NALANI R.
### (AC 30299)

Harper, Robinson and Stoughton, Js.

Argued October 29—officially released November 17, 2009

Per Curiam. The judgment is affirmed.